IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COREY L. MARSHALL,

    Plaintiff,

v.

AFNI, INC.,

    Defendant.

CIVIL ACTION NO.
1:21-cv-03930-MLB-RDC

# **ORDER STAYING CASE**

This matter is before the Court on the Defendant's Unopposed Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.* (Doc. 7). The Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b), by sending Plaintiff a collection letter via a third-party vendor. (*See* Doc. 1).

On November 17, 2021, the Eleventh Circuit entered an order vacating its decision in *Hunstein v. Preferred Collection and Management Service, Inc.*, ___ F.4th ___, 2021 WL 4998980 (11th Cir. Oct. 28, 2021), *vacated by* 2021 WL 535154 (11th Cir. Nov. 17, 2021). The parties have requested that the Court stay this action pending the Eleventh Circuit's *en banc* ruling in *Hunstein*, which may be dispositive

of this case. After reviewing *Hunstein*, the undersigned agrees. Accordingly, this case is **STAYED** pending the Eleventh Circuit's *en banc* decision. The parties are **ORDERED** to file a motion to lift the stay within **fourteen (14) days** of the Court of Appeals's decision.

    IT IS SO **ORDERED** on this 20th day of November 2021.

                                                                                     REGINA D. CANNON
                                                                                 United States Magistrate Judge